IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHERYL L. EDWARDS and MARK EDWARDS | ) ) ) |
| Plaintiffs/Counter-Defendants, | ) ) |
| vs. | ) )   Case No.  05-449-GPM ) |
| RAYMOND KING and CON-WAY SOUTHERN EXPRESS | ) ) ) |
| Defendants/Counter-Plaintiffs. | ) |

## JUDGMENT

**DECISION BY THE COURT:**

The Court having been advised by counsel for Plaintiffs, **CHERYL L. EDWARDS and MARK EDWARDS,** and Defendants, **RAYMOND KING and CON-WAY SOUTHERN EXPRESS,** that this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties, this action is **DISMISSED with prejudice** pursuant to Order filed January 19, 2006, each party to bear their own costs.

Dated:  March 24, 2006

NORBERT G. JAWORKSI, Clerk of Court

By:   s/ Linda M. Cook
        Deputy Clerk

Approved by:

 s/ G. Patrick Murphy
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**